|  |  |  |
|---|---|---|
| HARON COLE, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Copper Cow Coffee, Inc.,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **United States District Court Northern District of Illinois**<br><br><br>Case No.: 1:25-cv-9691<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: January 28, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: Dreyes@ealg.law