**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Haron Cole

                      Plaintiff,

v.                                            Case No.: 1:25–cv–09691

                                            Honorable Georgia N. Alexakis

Copper Cow Coffee, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 29, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: Per plaintiff's notice of voluntary dismissal, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B), this matter is dismissed with prejudice. The Court vacates the 2/5/26 status hearing. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.